UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN NICHOLAS, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Robert Nunziato, Debtor(s)

Case No.:   17-15431-RG

Chapter:   13

Hearing Date:   6/7/2017

Judge:   Rosemary Gambardel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation of Plan filed on April 28, 2017, Docket Number 18.

_____

Date: 5/4/2017                                            /s/ Brian Nicholas
                                                         Signature

*rev.8/1/15*