UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

In Re:

Robert Nunziato,

Debtor.

Case No.: _____17-15431-RG_____

Chapter: _____13_____

Hearing Date: _____6/7/2017_____

Judge: _____Gambardella_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Objection to Confirmation of Plan (#21 on the docket)

_____

Date: 6/6/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*