UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
Brian G. Hannon, Esq.(BH 3645)
bhannon@norgaardfirm.com
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
Attorneys for Debtor

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert Nunziato,

Case No.:    17-15431

Chapter:    13

Judge:    RG

## ORDER AUTHORIZING RETENTION OF

Parisi & Gerlanc, P.A.

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Parisi & Gerlanc, P.A.___

as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Parisi & Gerlanc, P.A.
   190 Moore Street, Suite 460
   Hackensack, NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*