BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-15431

Re:  ROBERT NUNZIATO
     520 HACKENSACK STREET
     CARLSTADT, NJ 07072-1306

Atty:  BRIAN GREGORY HANNON
       LAW OFFICE OF NORGAARD O'BOYLE
       184 GRAND AVENUE
       ENGLEWOOD, NJ 07631

## RECEIPTS AS OF 12/31/2017      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 04/03/2017 | $500.00 | 3851206000 - | 05/03/2017 | $500.00 | 3935023000 - |
| 06/05/2017 | $500.00 | 4021600000 - | 07/06/2017 | $500.00 | 4101897000 - |
| 08/07/2017 | $500.00 | 4187995000 - | 09/06/2017 | $500.00 | 4264016000 - |
| 09/29/2017 | $500.00 | 4321386000 - | 11/06/2017 | $500.00 | 4420039000 - |
| 12/04/2017 | $500.00 | 4484887000 - | 12/29/2017 | $500.00 | 4550729000 - |

**Total Receipts: $5,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---------------|------|--------|---------|------|--------|---------|
| BRANCH BANKING & TRUST COMPANY | | | | | | |
| | 09/25/2017 | $95.06 | 787,165 | 10/16/2017 | $129.44 | 789,096 |
| | 11/20/2017 | $129.44 | 790,751 | | | |
| DITECH FINANCIAL LLC | | | | | | |
| | 09/25/2017 | $264.79 | 786,777 | 10/16/2017 | $360.56 | 788,785 |
| | 11/20/2017 | $360.56 | 790,365 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 256.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,755.17 | 100.00% | 1,992.65 | 1,762.52 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA NA | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BRANCH BANKING & TRUST COMPANY | VEHICLE SECURI | 492.27 | 100.00% | 353.94 | 138.33 |
| 0003 | BANK OF AMERICA | UNSECURED | 1,933.29 | 100.00% | 0.00 | 1,933.29 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,297.02 | 100.00% | 0.00 | 1,297.02 |
| 0005 | CHASE/BANK ONE CARD SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 397.50 | 100.00% | 0.00 | 397.50 |
| 0007 | DSRM NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | DITECH FINANCIAL LLC | MORTGAGE ARRI | 1,371.23 | 100.00% | 985.91 | 385.32 |
| 0010 | HANN FINANCIAL SERVICE CO. | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ONEMAIN | UNSECURED | 3,358.06 | 100.00% | 0.00 | 3,358.06 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 3,865.32 | 100.00% | 0.00 | 3,865.32 |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 1,163.00 | 100.00% | 0.00 | 1,163.00 |

**Chapter 13 Case # 17-15431**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 362.17 | 100.00% | 0.00 | 362.17 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 1,199.77 | 100.00% | 0.00 | 1,199.77 |
| 0017 | SUEZ WATER NEW JERSEY INC | UNSECURED | 908.56 | 100.00% | 0.00 | 908.56 |
| 0018 | TD BANK NA | UNSECURED | 5,922.90 | 100.00% | 0.00 | 5,922.90 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 647.45 | 100.00% | 0.00 | 647.45 |
| 0021 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | VERIZON | UNSECURED | 361.68 | 100.00% | 0.00 | 361.68 |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $3,588.50**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $5,000.00          -          Paid to Claims: $1,339.85          -          Admin Costs Paid: $2,248.65          =          Funds on Hand: $1,411.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.