| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial LLC | Order Filed on April 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Robert Nunziato,<br><br>Debtor. | Case No.: 17-15431 RG<br>Adv. No.:<br>Hearing Date: 3/21/18<br><br>Judge: Rosemary Gambardella |

## ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 20, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:        Robert Nunziato
Case No.:      17-15431 RG
Caption:       **ORDER RESOLVING OBJECTION TO PROOF OF CLAIM**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, holder of a mortgage on real property located at 520 Hackensack Street, Carlstadt, NJ, 07072, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Hannon, Brian Gregory, Esquire, attorney for Debtors, and for good cause having been shown;

It is further hereby **ORDERED, ADJUDGED and DECREED** that Secured Creditor is permitted to apply the funds received March 25, 2017 to the payment due March 1, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim will be reduced to accordingly, to zero and Secured Creditor shall file an amended claim within thirty (30) days from the date of this order; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Objection to Proof of Claim is hereby resolved.