**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Robert Nunziato

Case No.: _____17-15431_____

Judge: _____RG_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☐ Modified/Notice Required Date: ___April 17, 2018___

☐ Motions Included ☒ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___BGH___    Initial Debtor: ___RN___    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

   a.  The debtor shall pay $ __500__ per __Month__ to the Chapter 13 Trustee, starting on __April 1, 2017__ for approximately __55__ months.

   b.  The debtor shall make plan payments to the Trustee from the following sources:

      ☒    Future earnings

      ☒    Other sources of funding (describe source, amount and date when funds are available):

Non-exempt funds from Debtor's personal injury case

   c.  Use of real property to satisfy plan obligations:

      ☐  Sale of real property
      Description:
      Proposed date for completion: _____

      ☐  Refinance of real property:
      Description:
      Proposed date for completion: _____

      ☐  Loan modification with respect to mortgage encumbering property:
      Description:
      Proposed date for completion: _____

   d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

   e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

  a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ As allowed by the Court |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

  b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Branch Banking & Trust Company | Motor Vehicle - 2016 Jeep Patriot | $492.27 | 0% | $492.27 | Normal Monthly Payments |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|   |   |   |   |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Ditech Financial - First Mortgage on Residence
BAC Home Loan Serv LP - Second Mortgage on Residence
Hann Financial - Auto Lease on 2015 Jeep Grand Cherokee

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐ Not less than $ _____ to be distributed *pro rata*

   ☒ Not less than _____100%_____ percent

   ☐ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases ☒ NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| BB&T | $492.27 | Auto Loan | Assumed | Normal Monthly Payment Outside of Plan |
| Hann Financial | $0.00 | Auto Lease | Assumed | Normal Monthly Payment Outside of Plan |

6

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal***, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☐ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorneys Fees
3) Priority Claims
4) Secured Creditors    5) Unsecured Creditors

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ **NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: March 20, 2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to extend the payments from 36 months to 55 months to cover all timely filed proof of claims. | The plan is being extended from 36 months to 55 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 4/17/2018_____    /s/ Brian G. Hannon, Esq._____
                                                                                           Attorney for the Debtor

Date: 4/17/2018_____    /s/ Robert Nunziato_____
                                                                                           Debtor

Date: _____    _____
                                                                                           Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 4/17/2018                                    /s/ Brian G. Hannon, Esq.
                                                   Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 4/17/2018                                    /s/ Robert Nunziato
                                                   Debtor

Date: _____                       _____
                                                   Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Robert Nunziato
    Debtor

Case No. 17-15431-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 19, 2018
                        Form ID: pdf901     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2018.

```
db              Robert Nunziato,    520 Hackensack Street,    Carlstadt, NJ   07072-1306
aty            +Parisi & Gerlane, P.A.,    190 Moore Street,    Suite 460,    Hackensack, NJ 07601-7498
cr             +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
cr             +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
516711856       BAC Home Loans Serv LP,    4909 Savarese Cir,    Tampa, FL  33634-2413
516711857     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
516809533       Bank of America,    PO Box 31785,    Tampa FL 33631-3785
516868535      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516711859       Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
516711860       Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
516711863       DSNB/Macys,    PO Box 8218,    Mason, OH  45040-8218
516711864       DSRM National Bank,    7201 Canyon Dr,    Amarillo, TX  79110-4339
516711861       Debt Recovery Solutions,    6800 Jericho Tpke Ste 113E,    Syosset, NY  11791-4401
516947600       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516711866       Lora Nunziato,    520 Hackensack St,    Carlstadt, NJ  07072-1306
516711868       Suez Water,    461 From Rd Ste 400,    Paramus, NJ  07652-3526
516759545      +Suez Water New Jersey Inc,    69 DeVoe Place,    Hackensack NJ 07601-6105
516877161      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516711874       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
516711875       Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
516711876      #Verizon Wireless,    PO Box 26055,    Minneapolis, MN  55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2018 23:37:53      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2018 23:37:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:40:48
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
516711858      +E-mail/Text: bankruptcy@bbandt.com Apr 19 2018 23:37:25      BB&T,   200 W 2nd St,
                 Winston Salem, NC 27101-4049
516726131      +E-mail/Text: bankruptcy@bbandt.com Apr 19 2018 23:37:25      BB&T, Bankruptcy Section,
                 PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
516804536       E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2018 23:37:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516711862       E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2018 23:37:32      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD  57709-6172
516711865       E-mail/Text: hannlegal@hannfinancial.com Apr 19 2018 23:37:26      Hann Financial,    1 Centre Dr,
                 Jamesburg, NJ  08831-1564
516902438      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2018 23:37:47      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516759198       E-mail/PDF: cbp@onemainfinancial.com Apr 19 2018 23:33:20      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516711867       E-mail/PDF: cbp@onemainfinancial.com Apr 19 2018 23:33:06      OneMain,    PO Box 1010,
                 Evansville, IN  47706-1010
516955294       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2018 23:40:52
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
516955318       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2018 23:40:54
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516853540       E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2018 23:37:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
516711869       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:41:06      SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL  32896-5036
516711870       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:41:23      SYNCB/PC Richards,
                 PO Box 965036,    Orlando, FL  32896-5036
516711871       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:40:50      SYNCB/Toys R Us,    PO Box 965001,
                 Orlando, FL  32896-5001
516711872       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:41:22      SYNCB/Wal-Mart,    PO Box 965024,
                 Orlando, FL  32896-5024
516715891      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2018 23:41:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
516711873       E-mail/Text: bankruptcy@td.com Apr 19 2018 23:37:55      TD Bank NA,    32 Chestnut St,
                 Lewiston, ME  04240-7744
516711875       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 19 2018 23:36:55
                 Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
516837904      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2018 23:48:17      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Apr 19, 2018
                              Form ID: pdf901          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516711876        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 19 2018 23:36:55
                  Verizon Wireless,   PO Box 26055,   Minneapolis, MN  55426-0055
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516808836         Bank of America, N.A.
aty*             +Norgaard O'Boyle,   184 Grand Avenue,   Englewood, NJ  07631-3578
                                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian Gregory Hannon    on behalf of Attorney    Norgaard O'Boyle bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Creditor    Norgaard O'Boyle bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Debtor Robert  Nunziato bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8
```