| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial LLC |
| In Re:<br><br>Robert Nunziato,<br><br>Debtor. |

Order Filed on April 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-15431 RG
Adv. No.:
Hearing Date: 3/21/18

Judge: Rosemary Gambardella

## ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 20, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:            Robert Nunziato
Case No.:          17-15431 RG
Caption:           **ORDER RESOLVING OBJECTION TO PROOF OF CLAIM**

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, holder of a mortgage on real property located at 520 Hackensack Street, Carlstadt, NJ, 07072, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Hannon, Brian Gregory, Esquire, attorney for Debtors, and for good cause having been shown;

   It is further hereby **ORDERED, ADJUDGED and DECREED** that Secured Creditor is permitted to apply the funds received March 25, 2017 to the payment due March 1, 2017; and

   It is further **ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

   It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim will be reduced to accordingly, to zero and Secured Creditor shall file an amended claim within thirty (30) days from the date of this order; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Objection to Proof of Claim is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Nunziato  
    Debtor

Case No. 17-15431-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Apr 20, 2018  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2018.  
db　　　　　Robert Nunziato,　520 Hackensack Street,　Carlstadt, NJ　07072-1306  
aty　　　　+Parisi & Gerlane, P.A,　190 Moore Street,　Suite 460,　Hackensack, NJ 07601-7498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2018　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2018 at the address(es) listed below:

    Brian C. Nicholas　　on behalf of Creditor　Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Brian Gregory Hannon　　on behalf of Attorney　Norgaard O'Boyle bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
    Brian Gregory Hannon　　on behalf of Creditor　Norgaard O'Boyle bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
    Brian Gregory Hannon　　on behalf of Debtor Robert Nunziato bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
    Denise E. Carlon　　on behalf of Creditor　Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    Sean M. O'Brien　　on behalf of Creditor　BANK OF AMERICA, N.A. sobrien@flwlaw.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8