Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–15431–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert Nunziato
    520 Hackensack Street
    Carlstadt, NJ 07072–1306

Social Security No.:
    xxx–xx–3116

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        7/10/18
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney,

COMMISSION OR FEES
period: 10/6/2017 to 5/11/2018, fee: $2,280.00,

EXPENSES
$73.63

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: June 11, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15431-RG
Robert Nunziato                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2        Date Rcvd: Jun 11, 2018
                              Form ID: 137           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db            Robert Nunziato,    520 Hackensack Street,    Carlstadt, NJ  07072-1306
aty          +Parisi & Gerlane, P.A,    190 Moore Street,    Suite 460,    Hackensack, NJ 07601-7498
cr           +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
              West Orange, NJ 07052-5414
cr           +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
516711856     BAC Home Loans Serv LP,    4909 Savarese Cir,    Tampa, FL  33634-2413
516711857    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
516809533     Bank of America,    PO Box 31785,    Tampa FL 33631-3785
516868535    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516711859     Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
516711860     Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
516711863     DSNB/Macys,    PO Box 8218,    Mason, OH  45040-8218
516711864     DSRM National Bank,    7201 Canyon Dr,    Amarillo, TX  79110-4339
516711861     Debt Recovery Solutions,    6800 Jericho Tpke Ste 113E,    Syosset, NY  11791-4401
516947600     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
516711866     Lora Nunziato,    520 Hackensack St,    Carlstadt, NJ  07072-1306
516711868     Suez Water,    461 From Rd Ste 400,    Paramus, NJ  07652-3526
516759545    +Suez Water New Jersey Inc,    69 DeVoe Place,    Hackensack NJ 07601-6105
516877161    +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516711874     The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2018 23:29:51      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2018 23:29:46      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:37:57
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516711858    +E-mail/Text: bankruptcy@bbandt.com Jun 11 2018 23:29:16      BB&T,    200 W 2nd St,
              Winston Salem, NC 27101-4049
516726131    +E-mail/Text: bankruptcy@bbandt.com Jun 11 2018 23:29:16      BB&T, Bankruptcy Section,
              PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
516804536     E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2018 23:29:20
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516711862     E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2018 23:29:20      Ditech Financial, LLC,
              PO Box 6172,    Rapid City, SD  57709-6172
516711865     E-mail/Text: hannlegal@hannfinancial.com Jun 11 2018 23:29:16      Hann Financial,    1 Centre Dr,
              Jamesburg, NJ  08831-1564
516902438    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 11 2018 23:29:46      MIDLAND FUNDING LLC,
              PO BOX 2011,    WARREN, MI 48090-2011
516759198     E-mail/PDF: cbp@onemainfinancial.com Jun 11 2018 23:38:48      ONEMAIN FINANCIAL,
              P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516711867     E-mail/PDF: cbp@onemainfinancial.com Jun 11 2018 23:38:48      OneMain,    PO Box 1010,
              Evansville, IN  47706-1010
516955294     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2018 23:38:28
              Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
              Norfolk VA 23541
516955318     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2018 23:39:00
              Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
              Norfolk VA 23541
516853540     E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2018 23:29:41
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516711869     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:38:25      SYNCB/Care Credit,
              PO Box 965036,    Orlando, FL  32896-5036
516711870     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:38:51      SYNCB/PC Richards,
              PO Box 965036,    Orlando, FL  32896-5036
516711871     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:37:57      SYNCB/Toys R Us,    PO Box 965001,
              Orlando, FL  32896-5001
516711872     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:37:53      SYNCB/Wal-Mart,    PO Box 965024,
              Orlando, FL  32896-5024
516715891    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:37:53      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516711873     E-mail/Text: bankruptcy@td.com Jun 11 2018 23:29:54      TD Bank NA,    32 Chestnut St,
              Lewiston, ME  04240-7744
516711875     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2018 23:28:50
              Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO  63304-2225
516837904    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2018 23:38:12      Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516711876     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2018 23:28:50
              Verizon Wireless,    PO Box 26055,    Minneapolis, MN  55426-0055

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Jun 11, 2018
                             Form ID: 137              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
                                                                            TOTAL: 23
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516808836       Bank of America, N.A.
aty*          +Norgaard O'Boyle,   184 Grand Avenue,   Englewood, NJ 07631-3578
                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
```
            Brian C. Nicholas    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Brian Gregory Hannon    on behalf of Attorney   Norgaard O'Boyle bhannon@norgaardfirm.com,
             sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
            Brian Gregory Hannon    on behalf of Creditor   Norgaard O'Boyle bhannon@norgaardfirm.com,
             sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
            Brian Gregory Hannon    on behalf of Debtor Robert   Nunziato bhannon@norgaardfirm.com,
             sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
            Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8
```