BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 17-15431

Re:  ROBERT NUNZIATO
     520 HACKENSACK STREET
     CARLSTADT,  NJ  07072-1306

Atty:  BRIAN GREGORY HANNON
       LAW OFFICE OF NORGAARD O'BOYLE
       184 GRAND AVENUE
       ENGLEWOOD, NJ  07631

### RECEIPTS AS OF 12/31/2018     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2017 | $500.00 | 3851206000 - | 05/03/2017 | $500.00 | 3935023000 - |
| 06/05/2017 | $500.00 | 4021600000 - | 07/06/2017 | $500.00 | 4101897000 - |
| 08/07/2017 | $500.00 | 4187995000 - | 09/06/2017 | $500.00 | 4264016000 - |
| 09/29/2017 | $500.00 | 4321386000 - | 11/06/2017 | $500.00 | 4420039000 - |
| 12/04/2017 | $500.00 | 4484887000 - | 12/29/2017 | $500.00 | 4550729000 - |
| 02/01/2018 | $500.00 | 4637487000 - | 03/05/2018 | $500.00 | 4726186000 - |
| 04/03/2018 | $500.00 | 4804547000 | 05/03/2018 | $500.00 | 4884957000 |
| 06/01/2018 | $500.00 | 4958530000 | 07/05/2018 | $543.00 | 5047532000 |
| 08/06/2018 | $543.00 | 5133858000 | 09/06/2018 | $543.00 | 5212625000 |
| 10/04/2018 | $543.00 | 5288850000 | 11/02/2018 | $543.00 | 5362546000 |
| 12/03/2018 | $543.00 | 5442508000 | | | |

**Total Receipts: $10,758.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $10,758.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 04/16/2018 | $5.99 | 800,110 | 05/14/2018 | $77.48 | 802,014 |
| | 07/16/2018 | $85.39 | 805,906 | 08/20/2018 | $46.37 | 807,807 |
| | 09/17/2018 | $47.55 | 809,782 | 10/22/2018 | $47.55 | 811,706 |
| | 11/19/2018 | $46.22 | 813,671 | 12/17/2018 | $46.22 | 815,557 |
| BRANCH BANKING & TRUST COMPANY | | | | | | |
| | 09/25/2017 | $95.06 | 787,165 | 10/16/2017 | $129.44 | 789,096 |
| | 11/20/2017 | $129.44 | 790,751 | 03/19/2018 | $31.56 | 798,269 |
| | 04/16/2018 | $106.77 | 800,147 | | | |
| DEPARTMENT STORE NATIONAL BANK | | | | | | |
| | 05/14/2018 | $17.16 | 801,582 | 07/16/2018 | $17.56 | 805,475 |
| | 08/20/2018 | $9.54 | 807,332 | 09/17/2018 | $9.77 | 809,323 |
| | 10/22/2018 | $9.77 | 811,208 | 11/19/2018 | $9.51 | 813,169 |
| | 12/17/2018 | $9.50 | 815,045 | | | |
| DITECH FINANCIAL LLC | | | | | | |
| | 09/25/2017 | $264.79 | 786,777 | 10/16/2017 | $360.56 | 788,785 |
| | 11/20/2017 | $360.56 | 790,365 | | | |

**Chapter 13 Case # 17-15431**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 05/14/2018 | $15.63 | 801,520 | | 05/14/2018 | $51.80 | 801,520 |
| | 07/16/2018 | $16.01 | 805,421 | | 07/16/2018 | $53.00 | 805,421 |
| | 08/20/2018 | $8.68 | 807,276 | | 08/20/2018 | $28.77 | 807,276 |
| | 09/17/2018 | $8.91 | 809,268 | | 09/17/2018 | $29.51 | 809,268 |
| | 10/22/2018 | $8.91 | 811,151 | | 10/22/2018 | $29.50 | 811,151 |
| | 11/19/2018 | $8.65 | 813,119 | | 11/19/2018 | $28.69 | 813,119 |
| | 12/17/2018 | $8.67 | 815,000 | | 12/17/2018 | $28.68 | 815,000 |
| ONEMAIN | | | | | | | |
| | 04/16/2018 | $10.40 | 799,857 | | 05/14/2018 | $134.58 | 801,745 |
| | 07/16/2018 | $148.33 | 805,626 | | 08/20/2018 | $80.55 | 807,495 |
| | 09/17/2018 | $82.59 | 809,466 | | 10/22/2018 | $82.57 | 811,358 |
| | 11/19/2018 | $80.30 | 813,316 | | 12/17/2018 | $80.29 | 815,194 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/14/2018 | $56.00 | 8,000,534 | | 05/14/2018 | $27.96 | 8,000,534 |
| | 07/16/2018 | $57.28 | 8,000,615 | | 07/16/2018 | $28.60 | 8,000,615 |
| | 08/20/2018 | $31.12 | 8,000,651 | | 08/20/2018 | $15.52 | 8,000,651 |
| | 09/17/2018 | $31.90 | 8,000,689 | | 09/17/2018 | $15.92 | 8,000,689 |
| | 10/22/2018 | $31.89 | 8,000,727 | | 10/22/2018 | $15.93 | 8,000,727 |
| | 11/19/2018 | $31.02 | 8,000,769 | | 11/19/2018 | $15.48 | 8,000,769 |
| | 12/17/2018 | $31.01 | 8,000,808 | | 12/17/2018 | $15.48 | 8,000,808 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/16/2018 | $11.97 | 800,705 | | 05/14/2018 | $154.91 | 802,625 |
| | 05/14/2018 | $50.22 | 802,625 | | 07/16/2018 | $170.74 | 806,503 |
| | 07/16/2018 | $51.36 | 806,503 | | 08/20/2018 | $92.71 | 808,449 |
| | 08/20/2018 | $27.90 | 808,449 | | 09/17/2018 | $95.06 | 810,390 |
| | 09/17/2018 | $28.60 | 810,390 | | 10/22/2018 | $95.07 | 812,338 |
| | 10/22/2018 | $28.61 | 812,338 | | 11/19/2018 | $92.41 | 814,258 |
| | 11/19/2018 | $27.80 | 814,258 | | 12/17/2018 | $92.41 | 816,153 |
| | 12/17/2018 | $27.81 | 816,153 | | | | |
| SUEZ WATER NEW JERSEY INC | | | | | | | |
| | 05/14/2018 | $39.23 | 801,802 | | 07/16/2018 | $40.13 | 805,683 |
| | 08/20/2018 | $21.79 | 807,550 | | 09/17/2018 | $22.35 | 809,522 |
| | 10/22/2018 | $22.34 | 811,424 | | 11/19/2018 | $21.72 | 813,381 |
| | 12/17/2018 | $21.73 | 815,251 | | | | |
| TD BANK NA | | | | | | | |
| | 04/16/2018 | $18.34 | 799,890 | | 05/14/2018 | $237.37 | 801,774 |
| | 07/16/2018 | $261.63 | 805,656 | | 08/20/2018 | $142.06 | 807,523 |
| | 09/17/2018 | $145.67 | 809,496 | | 10/22/2018 | $145.67 | 811,393 |
| | 11/19/2018 | $141.60 | 813,348 | | 12/17/2018 | $141.61 | 815,222 |
| VERIZON | | | | | | | |
| | 05/14/2018 | $15.61 | 803,160 | | 07/16/2018 | $15.98 | 807,048 |
| | 08/20/2018 | $8.68 | 809,031 | | 09/17/2018 | $8.89 | 810,910 |
| | 10/22/2018 | $8.89 | 812,877 | | 11/19/2018 | $8.65 | 814,768 |
| | 12/17/2018 | $8.65 | 816,675 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 581.67 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,755.17 | 100.00% | 3,755.17 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BRANCH BANKING & TRUST COMPANY | VEHICLE SECURE | 492.27 | 100.00% | 492.27 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 1,933.29 | 100.00% | 449.00 | 1,484.29 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,297.02 | 100.00% | 301.23 | 995.79 |
| 0005 | CHASE/BANK ONE CARD SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0006 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 397.50 | 100.00% | 92.31 | 305.19 |
| 0007 | DSRM NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | DITECH FINANCIAL LLC | MORTGAGE ARRE | 985.91 | 100.00% | 985.91 | 0.00 |
| 0010 | HANN FINANCIAL SERVICE CO. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ONEMAIN | UNSECURED | 3,358.06 | 100.00% | 779.90 | 2,578.16 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 3,865.32 | 100.00% | 897.70 | 2,967.62 |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 1,163.00 | 100.00% | 270.10 | 892.90 |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 362.17 | 100.00% | 84.11 | 278.06 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 1,199.77 | 100.00% | 278.64 | 921.13 |
| 0017 | SUEZ WATER NEW JERSEY INC | UNSECURED | 908.56 | 100.00% | 211.01 | 697.55 |
| 0018 | TD BANK NA | UNSECURED | 5,922.90 | 100.00% | 1,375.57 | 4,547.33 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 647.45 | 100.00% | 150.36 | 497.09 |
| 0021 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | VERIZON | UNSECURED | 361.68 | 100.00% | 84.00 | 277.68 |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $10,788.95**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $10,758.00      -      Paid to Claims: $6,452.11      -      Admin Costs Paid: $4,336.84      =      Funds on Hand: $512.05

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.