BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 17-15431

Re:   ROBERT NUNZIATO                              Atty:  BRIAN GREGORY HANNON
      520 HACKENSACK STREET                               LAW OFFICE OF NORGAARD O'BOYLE
      CARLSTADT,  NJ  07072-1306                          184 GRAND AVENUE
                                                         ENGLEWOOD, NJ  07631

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2017 | $500.00 | 3851206000 - | 05/03/2017 | $500.00 | 3935023000 - |
| 06/05/2017 | $500.00 | 4021600000 - | 07/06/2017 | $500.00 | 4101897000 - |
| 08/07/2017 | $500.00 | 4187995000 - | 09/06/2017 | $500.00 | 4264016000 - |
| 09/29/2017 | $500.00 | 4321386000 - | 11/06/2017 | $500.00 | 4420039000 - |
| 12/04/2017 | $500.00 | 4484887000 - | 12/29/2017 | $500.00 | 4550729000 - |
| 02/01/2018 | $500.00 | 4637487000 - | 03/05/2018 | $500.00 | 4726186000 - |
| 04/03/2018 | $500.00 | 4804547000 | 05/03/2018 | $500.00 | 4884957000 |
| 06/01/2018 | $500.00 | 4958530000 | 07/05/2018 | $543.00 | 5047532000 |
| 08/06/2018 | $543.00 | 5133858000 | 09/06/2018 | $543.00 | 5212625000 |
| 10/04/2018 | $543.00 | 5288850000 | 11/02/2018 | $543.00 | 5362546000 |
| 12/03/2018 | $543.00 | 5442508000 | 01/03/2019 | $543.00 | 5512072000 |
| 02/05/2019 | $543.00 | 5599308000 | 03/04/2019 | $543.00 | 5677757000 |
| 04/04/2019 | $543.00 | 5759977000 | 04/29/2019 | $543.00 | 5816422000 |
| 06/04/2019 | $543.00 | 5914317000 | 07/02/2019 | $543.00 | 5986470000 |
| 08/01/2019 | $543.00 | 6058159000 | 08/30/2019 | $543.00 | 6133078000 |
| 10/01/2019 | $543.00 | 6216254000 | 10/30/2019 | $543.00 | 6287840000 |
| 12/02/2019 | $543.00 | 6369473000 | 12/30/2019 | $543.00 | 6438261000 |

**Total Receipts: $17,817.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $17,817.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 04/16/2018 | $5.99 | 800,110 | 05/14/2018 | $77.48 | 802,014 |
| | 07/16/2018 | $85.39 | 805,906 | 08/20/2018 | $46.37 | 807,807 |
| | 09/17/2018 | $47.55 | 809,782 | 10/22/2018 | $47.55 | 811,706 |
| | 11/19/2018 | $46.22 | 813,671 | 12/17/2018 | $46.22 | 815,557 |
| | 01/14/2019 | $46.23 | 817,480 | 02/11/2019 | $46.22 | 819,370 |
| | 03/18/2019 | $46.22 | 821,337 | 04/15/2019 | $46.23 | 823,371 |
| | 05/20/2019 | $46.22 | 825,347 | 06/17/2019 | $46.23 | 827,379 |
| | 07/15/2019 | $47.05 | 829,232 | 08/19/2019 | $47.06 | 831,181 |
| | 09/16/2019 | $47.05 | 833,215 | 10/21/2019 | $47.06 | 835,218 |
| | 11/18/2019 | $46.47 | 837,311 | 12/16/2019 | $46.46 | 839,253 |
| | 01/13/2020 | $46.47 | 841,131 | | | |

**Chapter 13 Case # 17-15431**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BRANCH BANKING & TRUST COMPANY | | | | | | | |
| | 09/25/2017 | $95.06 | 787,165 | | 10/16/2017 | $129.44 | 789,096 |
| | 11/20/2017 | $129.44 | 790,751 | | 03/19/2018 | $31.56 | 798,269 |
| | 04/16/2018 | $106.77 | 800,147 | | | | |
| DEPARTMENT STORE NATIONAL BANK | | | | | | | |
| | 05/14/2018 | $17.16 | 801,582 | | 07/16/2018 | $17.56 | 805,475 |
| | 08/20/2018 | $9.54 | 807,332 | | 09/17/2018 | $9.77 | 809,323 |
| | 10/22/2018 | $9.77 | 811,208 | | 11/19/2018 | $9.51 | 813,169 |
| | 12/17/2018 | $9.50 | 815,045 | | 01/14/2019 | $9.50 | 816,974 |
| | 02/11/2019 | $9.51 | 818,871 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/18/2019 | $9.51 | 821,501 | | 04/15/2019 | $9.50 | 823,531 |
| | 05/20/2019 | $9.50 | 825,510 | | 06/17/2019 | $9.51 | 827,529 |
| | 07/15/2019 | $9.67 | 829,379 | | 08/19/2019 | $9.67 | 831,351 |
| | 09/16/2019 | $9.68 | 833,369 | | 10/21/2019 | $9.68 | 835,395 |
| | 11/18/2019 | $9.55 | 837,467 | | 12/16/2019 | $9.55 | 839,400 |
| | 01/13/2020 | $9.56 | 841,266 | | | | |
| DITECH FINANCIAL LLC | | | | | | | |
| | 09/25/2017 | $264.79 | 786,777 | | 10/16/2017 | $360.56 | 788,785 |
| | 11/20/2017 | $360.56 | 790,365 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 05/14/2018 | $15.63 | 801,520 | | 05/14/2018 | $51.80 | 801,520 |
| | 07/16/2018 | $16.01 | 805,421 | | 07/16/2018 | $53.00 | 805,421 |
| | 08/20/2018 | $8.68 | 807,276 | | 08/20/2018 | $28.77 | 807,276 |
| | 09/17/2018 | $8.91 | 809,268 | | 09/17/2018 | $29.51 | 809,268 |
| | 10/22/2018 | $8.91 | 811,151 | | 10/22/2018 | $29.50 | 811,151 |
| | 11/19/2018 | $8.65 | 813,119 | | 11/19/2018 | $28.69 | 813,119 |
| | 12/17/2018 | $8.67 | 815,000 | | 12/17/2018 | $28.68 | 815,000 |
| | 01/14/2019 | $8.65 | 816,928 | | 01/14/2019 | $28.69 | 816,928 |
| | 02/11/2019 | $8.66 | 818,830 | | 02/11/2019 | $28.69 | 818,830 |
| | 03/18/2019 | $8.66 | 820,752 | | 03/18/2019 | $28.68 | 820,752 |
| | 04/15/2019 | $8.66 | 822,800 | | 04/15/2019 | $28.68 | 822,800 |
| | 05/20/2019 | $8.66 | 824,771 | | 05/20/2019 | $28.70 | 824,771 |
| | 06/17/2019 | $8.66 | 826,837 | | 06/17/2019 | $28.68 | 826,837 |
| | 07/15/2019 | $8.81 | 828,704 | | 07/15/2019 | $29.20 | 828,704 |
| | 08/19/2019 | $8.82 | 830,572 | | 08/19/2019 | $29.20 | 830,572 |
| | 09/16/2019 | $8.81 | 832,660 | | 09/16/2019 | $29.20 | 832,660 |
| | 10/21/2019 | $8.82 | 834,616 | | 10/21/2019 | $29.21 | 834,616 |
| | 11/18/2019 | $8.70 | 836,739 | | 11/18/2019 | $28.84 | 836,739 |
| | 12/16/2019 | $8.71 | 838,677 | | 12/16/2019 | $28.84 | 838,677 |
| | 01/13/2020 | $8.70 | 840,562 | | 01/13/2020 | $28.83 | 840,562 |
| ONEMAIN | | | | | | | |
| | 04/16/2018 | $10.40 | 799,857 | | 05/14/2018 | $134.58 | 801,745 |
| | 07/16/2018 | $148.33 | 805,626 | | 08/20/2018 | $80.55 | 807,495 |
| | 09/17/2018 | $82.59 | 809,466 | | 10/22/2018 | $82.57 | 811,358 |
| | 11/19/2018 | $80.30 | 813,316 | | 12/17/2018 | $80.29 | 815,194 |
| | 01/14/2019 | $80.29 | 817,121 | | 02/11/2019 | $80.28 | 819,007 |
| | 03/18/2019 | $80.28 | 820,944 | | 04/15/2019 | $80.30 | 822,978 |
| | 05/20/2019 | $80.28 | 824,938 | | 06/17/2019 | $80.29 | 826,998 |
| | 07/15/2019 | $81.74 | 828,862 | | 08/19/2019 | $81.73 | 830,749 |
| | 09/16/2019 | $81.74 | 832,823 | | 10/21/2019 | $81.73 | 834,783 |
| | 11/18/2019 | $80.72 | 836,889 | | 12/16/2019 | $80.71 | 838,820 |
| | 01/13/2020 | $80.72 | 840,704 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/14/2018 | $56.00 | 8,000,534 | | 05/14/2018 | $27.96 | 8,000,534 |
| | 07/16/2018 | $57.28 | 8,000,615 | | 07/16/2018 | $28.60 | 8,000,615 |
| | 08/20/2018 | $31.12 | 8,000,651 | | 08/20/2018 | $15.52 | 8,000,651 |
| | 09/17/2018 | $31.90 | 8,000,689 | | 09/17/2018 | $15.92 | 8,000,689 |
| | 10/22/2018 | $31.89 | 8,000,727 | | 10/22/2018 | $15.93 | 8,000,727 |
| | 11/19/2018 | $31.02 | 8,000,769 | | 11/19/2018 | $15.48 | 8,000,769 |
| | 12/17/2018 | $31.01 | 8,000,808 | | 12/17/2018 | $15.48 | 8,000,808 |
| | 01/14/2019 | $31.01 | 8,000,845 | | 01/14/2019 | $15.47 | 8,000,845 |
| | 02/11/2019 | $31.01 | 8,000,887 | | 02/11/2019 | $15.49 | 8,000,887 |
| | 03/18/2019 | $31.01 | 8,000,934 | | 03/18/2019 | $15.48 | 8,000,934 |
| | 04/15/2019 | $31.01 | 8,000,980 | | 04/15/2019 | $15.48 | 8,000,980 |
| | 05/20/2019 | $31.01 | 8,001,023 | | 05/20/2019 | $15.48 | 8,001,023 |
| | 06/17/2019 | $31.01 | 8,001,069 | | 06/17/2019 | $15.47 | 8,001,069 |
| | 07/15/2019 | $31.57 | 8,001,114 | | 07/15/2019 | $15.76 | 8,001,114 |
| | 08/19/2019 | $31.57 | 8,001,156 | | 08/19/2019 | $15.77 | 8,001,156 |
| | 09/16/2019 | $31.57 | 8,001,195 | | 09/16/2019 | $15.75 | 8,001,195 |
| | 10/21/2019 | $31.57 | 8,001,239 | | 10/21/2019 | $15.76 | 8,001,239 |
| | 11/18/2019 | $31.17 | 8,001,282 | | 11/18/2019 | $15.57 | 8,001,282 |
| | 12/16/2019 | $31.18 | 8,001,325 | | 12/16/2019 | $15.56 | 8,001,325 |
| | 01/13/2020 | $31.17 | 8,001,363 | | 01/13/2020 | $15.56 | 8,001,363 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/16/2018 | $11.97 | 800,705 | | 05/14/2018 | $154.91 | 802,625 |
| | 05/14/2018 | $50.22 | 802,625 | | 07/16/2018 | $170.74 | 806,503 |
| | 07/16/2018 | $51.36 | 806,503 | | 08/20/2018 | $92.71 | 808,449 |
| | 08/20/2018 | $27.90 | 808,449 | | 09/17/2018 | $95.06 | 810,390 |
| | 09/17/2018 | $28.60 | 810,390 | | 10/22/2018 | $95.07 | 812,338 |
| | 10/22/2018 | $28.61 | 812,338 | | 11/19/2018 | $92.41 | 814,258 |
| | 11/19/2018 | $27.80 | 814,258 | | 12/17/2018 | $92.41 | 816,153 |
| | 12/17/2018 | $27.81 | 816,153 | | 01/14/2019 | $92.42 | 818,081 |
| | 01/14/2019 | $27.80 | 818,081 | | 02/11/2019 | $92.42 | 819,985 |
| | 02/11/2019 | $27.81 | 819,985 | | 03/18/2019 | $92.41 | 821,960 |
| | 03/18/2019 | $27.81 | 821,960 | | 04/15/2019 | $92.42 | 823,987 |
| | 04/15/2019 | $27.80 | 823,987 | | 05/20/2019 | $92.42 | 826,001 |
| | 05/20/2019 | $27.81 | 826,001 | | 06/17/2019 | $92.41 | 827,961 |
| | 06/17/2019 | $27.81 | 827,961 | | 07/15/2019 | $94.09 | 829,825 |
| | 07/15/2019 | $28.30 | 829,825 | | 08/19/2019 | $94.08 | 831,837 |
| | 08/19/2019 | $28.31 | 831,837 | | 09/16/2019 | $94.08 | 833,836 |
| | 09/16/2019 | $28.31 | 833,836 | | 10/21/2019 | $94.08 | 835,883 |
| | 10/21/2019 | $28.30 | 835,883 | | 11/18/2019 | $92.91 | 837,940 |
| | 11/18/2019 | $27.95 | 837,940 | | 12/16/2019 | $92.90 | 839,843 |
| | 12/16/2019 | $27.96 | 839,843 | | 01/13/2020 | $92.90 | 8,001,365 |
| | 01/13/2020 | $27.95 | 8,001,365 | | | | |
| SUEZ WATER NEW JERSEY INC | | | | | | | |
| | 05/14/2018 | $39.23 | 801,802 | | 07/16/2018 | $40.13 | 805,683 |
| | 08/20/2018 | $21.79 | 807,550 | | 09/17/2018 | $22.35 | 809,522 |
| | 10/22/2018 | $22.34 | 811,424 | | 11/19/2018 | $21.72 | 813,381 |
| | 12/17/2018 | $21.73 | 815,251 | | 01/14/2019 | $21.72 | 817,175 |
| | 02/11/2019 | $21.72 | 819,063 | | 03/18/2019 | $21.73 | 821,004 |
| | 04/15/2019 | $21.72 | 823,038 | | 05/20/2019 | $21.72 | 824,998 |
| | 06/17/2019 | $21.72 | 827,052 | | 07/15/2019 | $22.12 | 828,910 |
| | 08/19/2019 | $22.11 | 830,805 | | 09/16/2019 | $22.12 | 832,873 |
| | 10/21/2019 | $22.11 | 834,834 | | 11/18/2019 | $21.84 | 836,941 |
| | 12/16/2019 | $21.84 | 838,875 | | 01/13/2020 | $21.83 | 840,754 |

**Chapter 13 Case # 17-15431**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | | |
| | 04/16/2018 | $18.34 | 799,890 | | 05/14/2018 | $237.37 | 801,774 |
| | 07/16/2018 | $261.63 | 805,656 | | 08/20/2018 | $142.06 | 807,523 |
| | 09/17/2018 | $145.67 | 809,496 | | 10/22/2018 | $145.67 | 811,393 |
| | 11/19/2018 | $141.60 | 813,348 | | 12/17/2018 | $141.61 | 815,222 |
| | 01/14/2019 | $141.62 | 817,150 | | 02/11/2019 | $141.59 | 819,039 |
| | 03/18/2019 | $141.62 | 820,977 | | 04/15/2019 | $141.61 | 823,012 |
| | 05/20/2019 | $141.62 | 824,970 | | 06/17/2019 | $141.61 | 827,029 |
| | 07/15/2019 | $144.17 | 828,888 | | 08/19/2019 | $144.16 | 830,779 |
| | 09/16/2019 | $144.16 | 832,849 | | 10/21/2019 | $144.16 | 834,810 |
| | 11/18/2019 | $142.36 | 836,913 | | 12/16/2019 | $142.35 | 838,850 |
| | 01/13/2020 | $142.37 | 840,730 | | | | |
| VERIZON | | | | | | | |
| | 05/14/2018 | $15.61 | 803,160 | | 07/16/2018 | $15.98 | 807,048 |
| | 08/20/2018 | $8.68 | 809,031 | | 09/17/2018 | $8.89 | 810,910 |
| | 10/22/2018 | $8.89 | 812,877 | | 11/19/2018 | $8.65 | 814,768 |
| | 12/17/2018 | $8.65 | 816,675 | | 01/14/2019 | $8.65 | 818,592 |
| | 02/11/2019 | $8.65 | 820,509 | | 03/18/2019 | $8.64 | 822,542 |
| | 04/15/2019 | $8.65 | 824,516 | | 05/20/2019 | $8.64 | 826,581 |
| | 06/17/2019 | $8.65 | 828,463 | | 07/15/2019 | $8.81 | 830,336 |
| | 08/19/2019 | $8.80 | 832,414 | | 09/16/2019 | $8.81 | 834,353 |
| | 10/21/2019 | $8.80 | 836,457 | | 11/18/2019 | $8.69 | 838,454 |
| | 12/16/2019 | $8.69 | 840,323 | | 01/13/2020 | $8.70 | 842,217 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 905.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,755.17 | 100.00% | 3,755.17 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BRANCH BANKING & TRUST COMPANY | VEHICLE SECURE | 492.27 | 100.00% | 492.27 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 1,933.29 | 100.00% | 1,007.74 | 925.55 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,297.02 | 100.00% | 676.08 | 620.94 |
| 0005 | CHASE/BANK ONE CARD SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 397.50 | 100.00% | 207.20 | 190.30 |
| 0007 | DSRM NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | DITECH FINANCIAL LLC | MORTGAGE ARR | 985.91 | 100.00% | 985.91 | 0.00 |
| 0010 | HANN FINANCIAL SERVICE CO. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ONEMAIN | UNSECURED | 3,358.06 | 100.00% | 1,750.42 | 1,607.64 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 3,865.32 | 100.00% | 2,014.82 | 1,850.50 |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 1,163.00 | 100.00% | 606.22 | 556.78 |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 362.17 | 100.00% | 188.78 | 173.39 |
| 0016 | MIDLAND FUNDING LLC | UNSECURED | 1,199.77 | 100.00% | 625.39 | 574.38 |
| 0017 | SUEZ WATER NEW JERSEY INC | UNSECURED | 908.56 | 100.00% | 473.59 | 434.97 |
| 0018 | TD BANK NA | UNSECURED | 5,922.90 | 100.00% | 3,087.35 | 2,835.55 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 647.45 | 100.00% | 337.49 | 309.96 |
| 0021 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | VERIZON | UNSECURED | 361.68 | 100.00% | 188.53 | 173.15 |
| 0024 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Total Paid: **$17,302.23**
See Summary

**Chapter 13 Case # 17-15431**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $17,817.00    -    Paid to Claims: $12,641.79    -    Admin Costs Paid: $4,660.44    =    Funds on Hand: $514.77

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.