**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Nunziato | Social Security number or ITIN   xxx–xx–3116 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15431–RG | |

# Order of Discharge                                                                                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert Nunziato

12/11/20                                                                            **By the court:** Rosemary Gambardella
                                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 17-15431-RG
Robert Nunziato                                                                               Chapter 13
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin         Page 1 of 4
Date Rcvd: Dec 11, 2020      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Nunziato, 520 Hackensack Street, Carlstadt, NJ 07072-1306 |
| aty | + | Parisi & Gerlane, P.A, 190 Moore Street, Suite 460, Hackensack, NJ 07601-7498 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | + | Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 516868535 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516711864 | | DSRM National Bank, 7201 Canyon Dr, Amarillo, TX 79110-4339 |
| 516711861 | | Debt Recovery Solutions, 6800 Jericho Tpke Ste 113E, Syosset, NY 11791-4401 |
| 516804536 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516711866 | | Lora Nunziato, 520 Hackensack St, Carlstadt, NJ 07072-1306 |
| 518698108 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516711868 | | Suez Water, 461 From Rd Ste 400, Paramus, NJ 07652-3526 |
| 516759545 | + | Suez Water New Jersey Inc, 69 DeVoe Place, Hackensack NJ 07601-6105 |
| 516877161 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 12 2020 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516711856 | | EDI: BANKAMER.COM | Dec 12 2020 02:08:00 | BAC Home Loans Serv LP, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516711857 | | EDI: BANKAMER.COM | Dec 12 2020 02:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516711858 | + | Email/Text: bankruptcy@bbandt.com | Dec 11 2020 22:03:00 | BB&T, 200 W 2nd St, Winston Salem, NC 27101-4049 |
| 516726131 | + | Email/Text: bankruptcy@bbandt.com | Dec 11 2020 22:03:00 | BB&T, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 516809533 | | EDI: BANKAMER.COM | Dec 12 2020 02:08:00 | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 516711859 | | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516711863 | | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | DSNB/Macys, PO Box 8218, Mason, OH |

Case 17-15431-RG    Doc 85    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 11, 2020 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 45040-8218 |
| 516947600 | | EDI: Q3G.COM | Dec 12 2020 02:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516711865 | | Email/Text: hannlegal@hannfinancial.com | Dec 11 2020 22:03:00 | Hann Financial, 1 Centre Dr, Jamesburg, NJ 08831-1564 |
| 516711860 | | EDI: JPMORGANCHASE | Dec 12 2020 02:13:00 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 516902438 | + | EDI: MID8.COM | Dec 12 2020 02:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516759198 | | EDI: AGFINANCE.COM | Dec 12 2020 02:08:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516711867 | | EDI: AGFINANCE.COM | Dec 12 2020 02:08:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 516955294 | | EDI: PRA.COM | Dec 12 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516955318 | | EDI: PRA.COM | Dec 12 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516853540 | | EDI: Q3G.COM | Dec 12 2020 02:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516711869 | | EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516711870 | | EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 516711871 | | EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 516711872 | | EDI: RMSC.COM | Dec 12 2020 02:13:00 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 518345790 | | Email/Text: jennifer.chacon@spservicing.com | Dec 11 2020 22:06:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518345789 | | Email/Text: jennifer.chacon@spservicing.com | Dec 11 2020 22:06:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516715891 | + | EDI: RMSC.COM | Dec 12 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516711873 | | EDI: TDBANKNORTH.COM | Dec 12 2020 02:13:00 | TD Bank NA, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516711874 | | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516837904 | + | EDI: AIS.COM | Dec 12 2020 02:13:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516711875 | | EDI: VERIZONCOMB.COM | Dec 12 2020 02:08:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 516711876 | | EDI: VERIZONCOMB.COM | Dec 12 2020 02:08:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 31

Case 17-15431-RG    Doc 85    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: 3180W | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516808836 | | Bank of America, N.A. |
| aty | *+ | Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 518698109 | * | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516711862 | ## | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com |
| Brian C. Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian Gregory Hannon | on behalf of Attorney Norgaard O'Boyle bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Creditor Norgaard O'Boyle bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Debtor Robert Nunziato bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 rsolarz@kmllawgroup.com |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Dec 11, 2020 Form ID: 3180W Total Noticed: 44

Sean M. O'Brien
    on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12